

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

July 18, 2013

RE: United States v. Rachel Ondrik,
Criminal Case No. PJM 13-cr-0327
Formerly Magistrate Case No. CBD 13-cr-0148
Notice of Appeal from Judgment of United States Magistrate Judge

Dear Sir/Madam:

This is to advise you that a Notice of Appeal was filed by the defendant on June 20, 2013 and docketed on June 21, 2013 in the above-entitled case.

Memoranda filed and served in accordance with Local Rule 302 should be electronically filed, as described in the Criminal Procedures Manual. The Manual is available on the court's website at www.mdd.uscourts.gov.

Attached is a copy of Local Rule 302 for your convenience.

Very truly yours,

Felicia C. Cannon

By: _____/s/_____
K. Nader, Deputy Clerk

Enclosure

cc: U.S. Attorney

Local Rule 302 Letter (Rev. 2/2012)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

**RULE 302. APPEALS FROM DECISIONS BY MAGISTRATE JUDGES**

1. **Criminal Cases**

   Appeals in criminal cases shall be made to the District Court within fourteen (14) days from entry of the decision, order, judgment of conviction, or sentence in accordance with Fed. R. Crim. P. 58(g)(2) and other applicable statutes and rules.

   Within thirty (30) days of the docketing of the appeal, the appellant shall file with the Clerk of Court and serve on the appellee a memorandum stating the exact points of law, facts, and authorities on which the appeal is based. The appellee shall file an answering memorandum within thirty (30) days thereafter. The Court may extend these times upon a showing of good cause. If an appellant fails to file a memorandum within the time provided, the Court may dismiss the appeal. All appeals shall be decided on the record and the parties' memoranda, unless the Court, in its discretion, orders oral argument.

2. Civil Cases

   Appeals in civil cases referred by consent shall be governed by Fed. R. Civ. P. 73.