UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: U.S. v. Ondrik
Criminal Case No. PJM 13-0327

U.S. v. Yamatani
Criminal Case No. PJM 13-0328

DATE: August 1, 2013

\*\*\*\*\*\*

The Court is in receipt of the Government's Motions to Dismiss the Appeals in both of these cases. The Court will hold one hearing to consider the Motions to Dismiss and the substantive appeals. The Court thus **DEFERS** ruling on the Motions to Dismiss. The Government's request to stay the briefing schedule for the appeals is **DENIED**. The Government should proceed to file its brief on appeal.

Counsel are **DIRECTED** to jointly call chambers by August 7, 2013, to schedule the date and time of the hearing.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

CC: Court File