IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee | * | |
| v. | * | Criminal No: 13-327-PJM |
| RACHEL ONDRIK | * | |
| Appellant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT RACHEL ONDRIK'S MOTION
### TO MODIFY RELEASE CONDITIONS

COMES NOW, Rachel Ondrik, by and through undersigned counsel, and respectfully requests that this Honorable Court modify the conditions of release previously set in this case. As grounds, Defendant submits the following information.

1. The defendant, Rachel Ondrik, is pending designation by the Bureau of Prisons to serve a sentence of eight months. She has been released on conditions that include home detention. She is confined to her home at all times.

2. Ms. Ondrik's five year old daughter begins school at Centerville Elementary School in Frederick, Maryland on August 19th. It is required that her child be accompanied by an adult to the school bus stop, which is three blocks from Ms. Ondrik's home. An adult must be there with the child when she is picked up in the morning and when she returns home in the afternoon. Ms. Ondrik is the only

person available to do this since her husband leaves for work earlier in the morning and returns home in the evenings.

3. Assistant United States Attorney Adam Ake has authorized counsel to represent to the Court that he has no objection to the requested modification of Ms. Ondrik's release conditions. Mr. Ken Langston, who monitors Ms. Ondrik's home detention has also authorized counsel to represent to the Court that he does not object to the requested modification of conditions.

WHEREFORE, the foregoing premises considered, defendant prays that this Motion be granted, and that the Court modify the conditions of Ms. Ondrik's release, as requested in this motion.

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com


_____/s/_____
Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
(202) 223-6539 telephone
Tabbenante@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant Rachel Ondrik's Motion to Modify Release Conditions has been served electronically on this 9th day of August 2013, on the following:

Adam Kenneth Ake
Office of the United States Attorney
6500 Cherrywood Ln Ste 400
Greenbelt, MD 20770
301-344-4433
Fax: 13013444516
Email: adam.ake@usdoj.gov

_____/s/_____

Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee | * | |
| v. | * | Criminal No: 13-327-PJM |
| RACHEL ONDRIK | * | |
| Appellant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter comes to the Court on Defendant Rachel Ondrik's Motion to Modify Release Conditions. The Court having read the parties' pleadings and heard the arguments thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Defendant's release conditions are modified to allow Defendant to drop off and pick up her daughter at the bus stop three blocks from Defendant's home.

Entered this _____ day of _____, 2013.

_____
Judge Peter J. Messitte