IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee | * | |
| v. | * | Criminal No: 13-327-PJM |
| RACHEL ONDRIK | * | |
| Appellant | * | |

* * * * * * * * * * * * *

### DEFENDANT RACHEL ONDRIK'S MOTION
### TO VACATE PLEA

COMES NOW, Rachel Ondrik, by and through undersigned counsel, and pursuant to the hearing conducted in this matter on September 4, 2013, Ms. Ondrik respectfully requests that this Honorable Court vacate her plea of April 30, 2013 on the grounds that the Rule 11 colloquy was deficient.

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com

                                                                                                   /s/
                                           Thomas Abbenante
                                           1919 Pennsylvania Avenue NW
                                           Suite 200
                                           Washington, DC 20006
                                           (202) 223-6539 telephone
                                           Tabbenante@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant Rachel Ondrik's Motion to Vacate Plea has been served electronically on this 11th day of September 2013, on the following:

Adam Kenneth Ake
Office of the United States Attorney
6500 Cherrywood Ln Ste 400
Greenbelt, MD 20770
301-344-4433
Fax: 13013444516
Email: adam.ake@usdoj.gov

_____/s/_____

Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee | * | |
| v. | * | Criminal No: 13-327-PJM |
| RACHEL ONDRIK | * | |
| Appellant | * | |

* * * * * * * * * * * * *

## ORDER

This matter comes to the Court on Defendant's Motion to Vacate Plea. The Court having heard the arguments, it is hereby

ORDERED that Defendant's Motion is GRANTED.

Entered this _____ day of _____, 2013.

_____
Judge Peter J. Messitte