IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee | * | |
| v. | * | Criminal No: 13-327-PJM |
| RACHEL ONDRIK | * | |
| Appellant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT RACHEL ONDRIK'S MOTION
### TO RESTORE PRE-SENTENCING RELEASE CONDITIONS

COMES NOW, Rachel Ondrik, by and through undersigned counsel, and based on Defendant's Motion to Vacate Plea filed on today's date, respectfully requests that this Honorable Court return Ms. Ondrik to the pre-trial release conditions to which she was subject prior to sentencing (personal recognizance). The United States has notified counsel that it consents to the relief requested in this Motion.

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com

/s/
———————————
Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
(202) 223-6539 telephone
Tabbenante@aol.com


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant Rachel Ondrik's Motion to Restore Pre-Sentencing Release Conditions has been served electronically on this 11th day of September 2013, on the following:

        Adam Kenneth Ake
        Office of the United States Attorney
        6500 Cherrywood Ln Ste 400
        Greenbelt, MD 20770
        301-344-4433
        Fax: 13013444516
        Email: adam.ake@usdoj.gov

        _____/s/_____

        Leslie McAdoo Gordon
        McAdoo Gordon & Associates, P.C.
        1140 19th St. NW, Suite 602
        Washington, DC 20036
        (202) 293 0534 telephone
        (202) 478-2095 facsimile
        leslie.mcadoo@mcadoolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Appellee | * |
| v. | *   Criminal No: 13-327-PJM |
| RACHEL ONDRIK | * |
| Appellant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter comes to the Court on Defendant's Motion to Restore Pre-Sentencing Release Conditions. The Court having read the parties' pleadings and heard the arguments thereon, it is hereby

ORDERED that Defendant's Motion is GRANTED.

Entered this _____ day of _____, 2013.

_____
Judge Peter J. Messitte