IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.   PJM-13-0327 |
| | * | |
| RACHEL ONDRIK, | * | |
| | * | |
| Defendant | * | |

**********

## CONSENT MOTION FOR SCHEDULING AND SPEEDY TRIAL TOLLING

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Adam K. Ake, Assistant United States Attorney for said District, and with concurrence of counsel for the defendant, Andrew C. White, respectfully requests that the Court set trial in this matter to begin on March 25, 2014.   The parties agree that this delay is in the interests of justice and ask the Court to make such a finding to toll otherwise applicable Speedy Trial deadlines for the period between now and the date of trial.   As an alternative ground, the parties also concur that the 70-day period referenced in 18 U.S.C. § 3161 has not yet begun because the defendant has not entered a plea of not guilty.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:  __/s/_____
Adam K. Ake
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of October, 2013, a copy of the foregoing Consent Motion for Scheduling and Speedy Trial Tolling was served via electronic case filing upon the following:

Mr. Andrew C. White, Esq.
Silverman, Thompson, Slutkin & White, LLC
201 N. Charles Street
Suite 2600
Baltimore, MD 21201

                                         __/s/_____
                                         Adam K. Ake
                                         Assistant United States Attorney