**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO.   PJM-13-0327 |
| **v.** | * | |
| | * | |
| **RACHEL ONDRIK** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Andrew C. White as counsel for defendant Rachel Ondrik.

Respectfully Submitted,

_____/S/_____
Andrew C. White (Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 385-2225