UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>RACHEL ONDRIK )<br>)<br>Defendant. )<br>) | Criminal No. 13-327-PJM |

MOTION TO WITHDRAW AS COUNSEL

COMES NOW, undersigned counsel, Leslie McAdoo Gordon, pursuant to Local Rule 201(3) hereby moves for leave to withdraw as counsel in the above-captioned matter, and in support of this motion states as follows:

1. Counsel is privately retained by Ms. Ondrik.

2. Ms. Ondrik has given her consent for counsel to withdraw. A copy of this consent is attached.

3. Ms. Ondrik has retained new counsel, Andrew C. White, who has already entered his appearance.

WHEREFORE, Leslie McAdoo Gordon respectfully requests this Court grant her motion to withdraw as counsel for Ms. Ondrik.

-2-

                                          Respectfully submitted,

                                      _____/s/_____
                                      Leslie McAdoo Gordon
                                      Bar # 013503
                                      McAdoo Gordon & Associates, P.C.
                                      1140 19th Street, N.W., Suite 602
                                      Washington, DC 20036
                                      (202) 293-0534 telephone
                                      (202) 478-2095 facsimile
                                      leslie.mcadoo@mcadoolaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, a true and accurate copy of the foregoing Motion to Withdraw as Counsel was sent electronically to:

>Adam Kenneth Ake
>Office of the United States Attorney
>6500 Cherrywood Ln Ste 400
>Greenbelt, MD 20770
>301-344-4433
>Fax: 13013444516
>Email: adam.ake@usdoj.gov

>Andrew C White
>Silverman Thompson Slutkin and White LLC
>201 N Charles St Ste 2600
>Baltimore, MD 21201
>410-385-2225
>Fax: 410-547-2432
>Email: awhite@mdattorney.com

>/s/
>Leslie McAdoo Gordon
>Bar # 013503
>McAdoo Gordon & Associates
>1140 19th St. NW, Suite 602
>Washington, DC 20036
>(202) 293 0534 telephone
>(202) 478-2095 facsimile
>leslie.mcadoo@mcadoolaw.com

Consent for Withdrawal of Counsel

I, the Defendant, Rachel Ondrik, do hereby consent to the withdrawal of the appearance of my attorney, Leslie McAdoo-Gordon, in the matter of *United States v. Rachel Ondrik*, Criminal No. 13-327-PJM, pending in the United States District Court for the District of Maryland.

Date: 11/7/13

*Rachel Ondrik* (signature)

Rachel Ondrik