UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | ) | |
| Plaintiff. | ) ) ) | |
| v. | ) ) | Criminal No. 13-327-PJM |
| RACHEL ONDRIK | ) ) | |
| Defendant. | ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, undersigned counsel, Thomas Abbenante, pursuant to Local Rule 201(3) hereby moves for leave to withdraw as counsel in the above-captioned matter, and in support of this motion states as follows:

1. Counsel is privately retained by Ms. Ondrik.
2. Ms. Ondrik has terminated her relationship with undersigned counsel.
3. Ms. Ondrik has retained new counsel, Andrew C. White, who has already entered his appearance in this matter.

WHEREFORE, Thomas Abbenante respectfully requests this Court grant his motion to withdraw as counsel for Ms. Ondrik.

Respectfully submitted,

_____/s/_____
Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
(202) 223-6539 telephone
Tabbenante@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2013, a true and accurate copy of the foregoing Motion to Withdraw as Counsel was sent electronically to:

> Adam Kenneth Ake
> Office of the United States Attorney
> 6500 Cherrywood Ln Ste 400
> Greenbelt, MD 20770
> 301-344-4433
> Fax: 13013444516
> Email: adam.ake@usdoj.gov
>
> Andrew C White
> Silverman Thompson Slutkin and White LLC
> 201 N Charles St Ste 2600
> Baltimore, MD 21201
> 410-385-2225
> Fax: 410-547-2432
> Email: awhite@mdattorney.com

>                     /s/
> Thomas Abbenante
> 1919 Pennsylvania Avenue NW
> Suite 200
> Washington, DC 20006
> (202) 223-6539 telephone
> Tabbenante@aol.com