

AKA: USAO 2013R00241

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. PJM 13-0327 |
| | * |
| RACHEL ONDRIK, | *   (Submission of False Official Writing, 18 |
| | *   U.S.C. § 1018) |
| Defendant | * |
| | * |

*******

## SUPERSDING INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about February 25, 2011, in the District of Maryland and elsewhere, the defendant,

**RACHEL ONDRIK,**

an officer of the United States, made and delivered as true a writing containing a statement she knew to be false, that is, a Time and Attendance certification made and presented to the Department of Commerce's National Institute of Standards and Technology which falsely claimed hours worked during the period February 22 to 25, 2011.

18 U.S.C. § 1018

Rod J. Rosenstein
United States Attorney

Dated: May 9, 2014