# CRIMINAL MINUTES

DATE:  May 13, 2014                    JUDGE:  Peter J. Messitte

TIME:  12:25-1:00                      REPORTER/FTR/CTRM:  Marshall (2B)

AUSA:  Adam Ake                        CRD:  Ella S. Peterson

AGENT:  Mona Haar (OIG)                INTERPRETER:

DFT'S ATY:  Andrew White

UNITED STATES OF AMERICA v.  RACHEL ONDRIK

☒  Released on Conditions/PR              ☐  Detained/Remanded to USMS

DFDT'S AGE:              36            YEAR OF BIRTH:

CRIMINAL NO.:  PJM-13-0327            NO. OF COUNTS:              1

☐  Initial Appearance                 ☐  Indictment
☒  Arraignment                        ☐  Superseding Indictment
☐  Rearraignment                      ☒  **Information**
☐  Sentencing                         ☐  Superseding Information
☐  Sentencing Hearing                 ☐  Motions Hearing
☐  Violation of Probation             ☐  Pretrial Conference
☐  Violation of Supervised Release    ☐  WAIVER
☐  Detention Hearing                  ☐  Other
☐  Appeal of Magistrate Judge's Decision  ☐  See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s)

Defendant arraigned and plead Guilty as to Count(s)        1 of  the Criminal Information

NOT GUILTY as to Count(s)                    ----          which was  accepted by the Court.

☐  Defendant found not to be in violation of probation/supervised release.
Sentencing Date:  6/30/14 @10:00 am

REMARKS:  **Defendant advised of  right given up by pleading guilty.**

Oral Motion of AUSA in open court to DISMISS Count(s)            which was accepted by the Court.

☐  Defendant advised of Right of Appeal.
☒  Imposition of Sentence Suspended pending PSI.
☐  _____ Days for Motions.  Motion to be filed by
☐  Trial-Bench/Jury _____ day(s).  Trial week of

☐  Pretrial Officer _____        ☒  Probation Officer  Mebane Turner (not present)
☒  Minute entries docketed.