IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | |
| | * | Crim. No. **PJM 13-0327** |
| **RACHEL ONDRIK** | * | |
| | * | |
| **Defendant** | * | |

# O R D E R

Having considered Defendant Rachel Ondrik's Appeal of her sentence (Paper No. 1), it is, for the reasons stated on the record in the September 4, 2013 hearing and *nunc pro tunc* to that date, this 16th day of May, 2014

**ORDERED**

1. Defendant Rachel Ondrik's Appeal is **DENIED**.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**