IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Criminal Nos.  PJM-13-0327 |
| | | PJM-13-0328 |
| RACHEL ONDRIK | * | |
| and | * | |
| KIRK YAMATANI | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Before the Court is the Defendant's Motion for Leave to File Sealed Materials. The proposed material to be sealed is the defendant's Sentencing Memorandum.  The Court has come to the conclusion that this document contain very sensitive and confidential information that should remain under seal.

For these reasons and for good cause shown, the defendant's Motion for Leave to File Sealed Materials is GRANTED.  It is further ORDERED that the Sentencing Letter shall be SEALED until further order of this Court.

**SO ORDERED,** this ___ day of June, 2014.

_____
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE