IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Criminal Nos.   PJM-13-0327 |
| RACHEL ONDRIK | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Rachel Ondrik, by and through her attorney, Andrew C. White, hereby moves this Honorable Court for leave to file two letters under seal.

As grounds for this motion, the defense states that these letters contain personal identifying information regarding the authors and should remain sealed from the public in order to protect their safety and privacy interests.   WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file two letters under seal.

Respectfully Submitted,

_____/S/_____
Andrew C. White
(Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 385-2225