IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :     Court No. PJM-13-00327 |
| Rachel Ondrik, | : |
| Defendant. | : |

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED as to Rachel Ondrik.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Allen F. Loucks
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
(Trial Bar No. 03094)