CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____8_____ day of ____September____, 2014, a copy of the foregoing was delivered by first class mail to:

Rachel Ondrik
9860 Notting Hill Drive
Frederick, MD 21704

_____
Allen F. Loucks
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
(Trial Bar No. 03094)