Motion "GRANTED" this 4 day FEB, 2015.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. PJM-13-0327 |
| v. | * |
| | * |
| RACHEL ONDRIK | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO TERMINATE PROBATION

Comes now the defendant, Rachel Ondrik, by and her attorney, Andrew C. White, and in support of her Unopposed Motion to Terminate Probation, states as follows:

On May 13, 2014, the defendant pleaded guilty to the misdemeanor offense of Submission of a False Official Writing, in violation of 18 U.S.C. §1018. On June 30, 2014, the Court sentenced the Defendant, *inter alia*, to one year of probation, restitution of $9,598.66, a fine of $20,000, and sixty (60) hours of community service.

Since being sentenced over seven months ago, Ms. Ondrik has fully paid all restitution and fines. She has also completed 60 hours of community service. She has remained employed and has complied with all terms and conditions of her probation.

18 U.S.C. §3564(c) allows for early termination of probation at any time in the case of a misdemeanor if the Court is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. In this case, Ms. Ondrik has maintained full time employment, paid all of her financial obligations related to this case, completed significant community service and has been a caring mother to her two young children. She has clearly earned the privilege of an early termination of probation.

Undersigned counsel has spoken with United States Probation Officer Kimberly Smith, who has authorized me to represent to the Court that the U.S. Probation Office does not oppose early termination for Ms. Ondrik. Counsel has also spoken with AUSA Adam Ake about this motion and is authorized to represent that the United States defers to the Court with respect to this motion.

Accordingly, the defendant respectfully requests that her probation be terminated in the interests of justice pursuant to 18 U.S.C. §3564(c).

Respectfully submitted,

/s/
Andrew C. White (Federal Bar No. 08821)
Silverman, Thompson, Slutkin & White, LLC
201 North Charles Street, 26th Floor
Baltimore, Maryland 21201
(410) 576-2200
awhite@mdattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on February 3, 2015, a copy of the foregoing motion was mailed and e-mailed to AUSA Adam Ake, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770.

/s/
Andrew C. White